1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   DIANA M. KWOK (Cal. State Bar No. 246366)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California  90012
        Telephone: (213) 894-6529
7       Facsimile: (213) 894-0141
        E-mail: diana.kwok@usdoj.gov
8
   Attorneys for Complainant
9  UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 IN THE MATTER OF THE         )   CR. No. 12-2912M
   EXTRADITION OF               )
13                              )   [PROPOSED] ORDER GRANTING
   HILMER ALFONSO ESTE MONTOYA, )   GOVERNMENT'S REQUEST FOR
14                              )   DETENTION
   A fugitive from the          )
15 Government of Australia.     )
                                )
16                              )
                                )
17 _____)

18

19      Upon consideration of the request of the United States for

20 the detention of fugitive HILMER ALFONSO ESTE MONTOYA ("MONTOYA")

21 pending extradition proceedings, and good cause therefor

22 appearing,

23      IT IS HEREBY ORDERED that said request is GRANTED, the Court

24 making the following findings of fact and conclusions of law:

25      1.   In foreign extradition matters there is a presumption

26 against bail and only "special circumstances" will justify

27 release on bail.  United States v. Salerno, 878 F.2d 317, 317

28 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d

1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, MONTOYA does not argue that "special circumstances" exist, and the Court finds that no such "special circumstances" exist.

2. The government alternatively requests detention on the grounds that MONTOYA presents an unacceptable risk of (a) flight; and (b) danger to the community, even if such special circumstances were present. In support of its request, the government proffers the sworn extradition complaint, the provisional arrest warrant, and the confidential Pretrial Services report. Based on the allegations in the extradition complaint concerning MONTOYA's offenses in Australia, the Court finds that MONTOYA poses a potential risk to the safety of the community. Based on the allegations in the extradition complaint concerning MONTOYA's Colombian citizenship, the Court also finds that MONTOYA is a risk of flight, particularly in light of MONTOYA's apparent lack of ties to this District.

IT IS SO ORDERED.

DATED: 12-12-2012

HONORABLE JOHN E. MCDERMOTT
United States Magistrate Judge